# UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA

**Miyuki Maureen Johnson,**

**Plaintiff,**

Civil Action No.: 3:26-cv-00496-JFA-SVH

vs.

**Carefree Rentals, LLC,**

**Defendant.**

## COMPLAINT

## A. Jurisdiction and Venue

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 because this action arises under federal law, including the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and related federal consumer-protection statutes.
2. Venue is proper in the District of South Carolina under 28 U.S.C. § 1391 because the events giving rise to these claims occurred in this District and Defendant conducts business here.

## B. Parties

3. Plaintiff is a resident of South Carolina and proceeds **pro se**.
4. Defendant Carefree Rentals, LLC is a business entity engaged in rental and collection activities affecting interstate commerce.

## C. Facts

5. Defendant attempted to collect an alleged debt from Plaintiff.
6. Plaintiff disputed the alleged debt and requested validation.
7. Defendant continued collection activity without providing proper validation and despite notice.
8. Defendant's conduct caused Plaintiff emotional distress, confusion, and financial hardship.
9. Plaintiff previously attempted to pursue relief in South Carolina state court; that action was dismissed **without prejudice solely for nonpayment after IFP denial**, with no ruling on the merits.

UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA

**Miyuki Maureen Johnson,**

**Plaintiff,**

**Civil Action No.:** _____

**vs.**

**Carefree Rentals, LLC,**

**Defendant.**

# AFFIDAVIT OF INDIGENCY

I, **Miyuki Maureen Johnson**, being duly sworn, state as follows:

1. I am the Plaintiff in this action.
2. I am currently disabled and receive **SSDI**.
3. My income is fixed and limited, and I do not have sufficient funds to pay court filing fees.
4. I have no substantial savings or assets readily available to cover litigation costs.
5. Requiring payment of filing fees would cause undue hardship and deny me access to the courts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of February, 2026.

*/s/ Miyuki Maureen Johnson*
Miyuki Maureen Johnson

## D. Claims for Relief

**Count I – FDCPA (15 U.S.C. § 1692 et seq.)** 10. Defendant used unfair, deceptive, and misleading practices in connection with debt collection. 11. Defendant continued collection efforts after dispute and without validation.

**Count II – Harassment and Abuse** 12. Defendant's actions constituted harassment and abuse in violation of federal law.

## E. Damages

13. Plaintiff seeks statutory damages, actual damages, costs, and such other relief as the Court deems just and proper.

## F. Relief Requested

WHEREFORE, Plaintiff respectfully requests: A. Judgment in Plaintiff's favor; B. Statutory and actual damages; C. Costs of this action; D. Any further relief deemed proper.

**SIGNATURE**

/s/ Miyuki Maureen Johnson
Miyuki Maureen Johnson, Pro Se

## NOTARY ACKNOWLEDGMENT

State of South Carolina ) County of Richland )

Subscribed and sworn to (or affirmed) before me on this 6th day of February, 2026, by **Miyuki Maureen Johnson**, who is personally known to me or has produced S.C. Drivers License as identification.

Notary Public *[signature]*

My Commission Expires: 10/07/2035

*[Notary Seal: TICARA MITCHELL, NOTARY PUBLIC, My Comm. Exp. Oct 7, 2035, STATE OF SOUTH CAROLINA]*